```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 10259
  LILLIAN J HATCHER
                                           CHAPTER 13

                                           JUDGE: BRUCE W BLACK

         Debtor
  SSN XXX-XX-1084


------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 06/08/07 and confirmed on 08/30/07.

     2.   The case was converted to Chapter 7 after confirmation, 12/18/2008.

     3.   The Debtor paid a total of $    5187.00 .

     4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 4906.36 | .00 | .00 |
| AQUA FINANCE | SECURED | 2500.00 | 272.30 | 506.69 |
| B REAL LLC | UNSECURED | 4132.03 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5161.33 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8415.40 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 1050.82 | .00 | 394.47 |
| ALEXANDER E RITCHEY DMD | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | NOT FILED | .00 | .00 |
| JOHN C DENT | REIMBURSEMENT | 259.00 | .00 | 259.00 |
| AQUA FINANCE | UNSECURED | 736.40 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 3550.82 | 259.00 | 23351.52 | .00 | 27161.34 |
| PRINCIPAL PAID | 901.16 | 259.00 | .00 | .00 | 1160.16 |
| INTEREST PAID | 272.30 | .00 | .00 | .00 | 272.30 |
| TOTAL PAID | 1173.46 | 259.00 | .00 | .00 | 1432.46 |

```
The Debtor's attorney, JOHN C DENT                , was allowed $   3500.00
and was paid $    3500.00 .

The Trustee received $     254.54 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 02/18/09                           /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```